# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

## 2021 CA 0164

## LOUISIANA BOARD OF ETHICS IN THE MATTER OF CHRIS C. SMTIH

### DIVISION OF ADMINISTRATIVE LAW
### ETHICS ADJUDICATORY BOARD CASE NO. 201915454

---

### ORDER ON REHEARING

This Court, ex proprio motu, hereby **GRANTS A REHEARING** for the limited purpose of amending the Conclusion of this court's November 15, 2021 opinion in this matter to state as follows:

### CONCLUSION

For the above reasons, we reverse the decision of the Ethics Adjudicatory Board that held that the Ethics Adjudicatory Board was authorized to assess additional penalties against a candidate for failing to file required campaign finance disclosure reports.

**DECISION OF ETHICS ADJUDICATORY BOARD REVERSED.**

PMc
JEW
MRT

Order rendered and issued
this ___7th___ day of December 2021.

Deputy Clerk